Case 4:20-cv-03771   Document 16   Filed on 02/23/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 23, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KAREN SAM-DISHMAN<br><br>Plaintiff<br><br>v.<br><br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA<br><br>Defendant. | C.A. No. 4:20-cv-3771 |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON THIS day, this Court considered the motion of Plaintiff Karen Sam-Dishman to dismiss all claims against Defendant Life Insurance Company of North America, with prejudice and finds that the Motion is well taken. It is therefore:

**ORDERED, ADJUDGED AND DECREED** that Plaintiff Karen Sam-Dishman's Motion to Dismiss all claims against Defendant Life Insurance Company of North America, with prejudice is **GRANTED** and all claims and causes of action by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**.

No additional claims by any party are pending in this action against any party, and this dismissal order is a final judgment disposing of all claims in this action.

Costs of court and attorney's fees are to be borne by the party incurring same.

**SIGNED** this 23rd day of   February, 2021.

UNITED STATES DISTRICT JUDGE

2996025v.1